```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/02/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHRISTIAN SANCHEZ, individually and as the
representative of a class of similarly
situated persons,

                    Plaintiff,

        -against-

BUGABOO NORTH AMERICA, INC.,

                    Defendant.
-----------------------------------------------------------------X

22-CV-4411 (PAE) (KHP)

**ORDER ADJOURNING INITIAL
CASE MANAGEMENT
CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Settlement filed on August 1, 2022 (doc. no 8) the Initial Case Management Conference currently scheduled for **September 13, 2022** is hereby adjourned *sine die*.

       SO ORDERED.

DATED:    New York, New York
              August 2, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge